```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                    Case No. 17-cv-716-JD

Town of Wolfeboro, NH


## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 19, 2018.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: January 31, 2018

cc: Josephine Amatucci, pro se